1  I am VIDAL LICON-ROBLES's attorney. I have carefully discussed
2  every part of this stipulation and the continuance of the trial date
3  with my client. I have fully informed my client of his Speedy Trial
4  rights. To my knowledge, my client understands those rights and
5  agrees to waive them. I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

_/s/ Robert Bernstein_                                  8/9/24
ROBERT BERNSTEIN                                        Date
Attorney for Defendant
VIDAL LICON-ROBLES

I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights. I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025. I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

_/s/ Vidal Licon-Robles_                                8/9/24
VIDAL LICON-ROBLES                                      Date
Defendant

**CERTIFICATION OF INTERPRETER**

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant VIDAL LICON-ROBLES on this date.   N/A

_____                                 _____
INTERPRETER                                             Date

19