1    I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed
2    every part of this stipulation and the continuance of the trial date
3    with my client.  I have fully informed my client of his Speedy Trial
4    rights.  To my knowledge, my client understands those rights and
5    agrees to waive them.  I believe that my client's decision to give up
6    the right to be brought to trial earlier than October 21, 2025 is an
7    informed and voluntary one.

*/s/ signature*                                    08-07-2024
_____               _____
MICHAEL S. CHERNIS                                 Date
Attorney for Defendant
JOSE ANTONIO PARDO

    I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

*/s/ Jose pardo (Aug 7, 2024 22:39 PDT)*            08/07/2024
_____               _____
JOSE ANTONIO PARDO                                 Date
Defendant


                    **CERTIFICATION OF INTERPRETER**

    I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant JOSE ANTONIO PARDO
on this date.

_____               _____
INTERPRETER                                        Date