E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section
      1400 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-5735
      Facsimile: (213) 894-0142
      Cell:      (213) 500-9369
      E-mail:    julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-00524(A)-DMG |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE(S) AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| EDGAR JOEL MARTINEZ-REYES ET AL., | |
| Defendants. | **CURRENT TRIAL DATES:    11/5/24; 3/25/2025** **PROPOSED TRIAL DATE:    5/19/2025** |

     Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorney Julie J. Shemitz, and

defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both

individually and by and through his counsel of record, Zaura

Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through

his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE,

both individually and by and through his counsel of record, Victor

1   Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and

2   through his counsel of record, Robert M. Helfend; PANYU ZHAO, both

3   individually and by and through his counsel of record, Louis J.

4   Shapiro; RAUL CONTRERAS, individually, and by and through his counsel

5   of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by

6   and through his counsel of record, John Targowski; LUIS BELANDRIA-

7   CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and

8   through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both

9   individually and by and through his counsel of record, Michael D.

10  Walsh; JIAYUNG YU, both individually, and by and through his counsel

11  of record, Jonathan Perliss; XIAOLEI YE, both individually, and by

12  and through his counsel of record, Edward M. Robinson; XUANYI MU

13  ("MU"), both individually and by and through his counsel of record,

14  Donald M. Matson; SHOU YANG, individually, and by and through his

15  counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both

16  individually, and by and through his counsel of record,        OSCAR

17  EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his

18  counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-

19  ROBLES"), both individually and by and through his counsel of record,

20  Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through

21  his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA,

22  individually, and by and through his counsel of record, Peter

23  Johnson; JOSE ANTONIO PARDO, individually, and by and through his

24  counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually,

25  and by and through his counsel of record, Kevin Gres, hereby

26  stipulate as follows:

27

28

1    1.    On April 4, 2024, a grand jury for the Central District of

2   California returned first superseding indictment as to both United

3   States v. Zhang, et al. and United States v. Martinez-Reyes, et al.

4   Initial appearance and arraignment for defendant CHENGWU HE has been

5   set for August 22, 2024.

6    2.    The Speedy Trial Act, 18 U.S.C. § 3161, requires that the

7   trial commence on or before August 20, 2024.

8    3.    Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL

9   GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this

10  district.

11    4.    All defendants who have appeared in this district have been

12  released on bond pending trial.

13    5.    The parties estimate that the trial in this matter will

14  last approximately three weeks.  All defendants are joined for trial

15  and a severance has not been granted.

16    6.    By this stipulation, the parties move to continue the trial

17  date to and the status conference to October 21, 2025 and the status

18  conference to October 8, 2025.

19    7.    Defendants request the continuance based upon the following

20  facts, which the parties believe demonstrate good cause to support

21  the appropriate findings under the Speedy Trial Act:

22         a.    Counsel for defendants represent that they have

23  various prior obligations and trial conflicts as set out in Exhibit A

24  hereto. Counsel for defendants also represent that additional time is

25  necessary to confer with their defendants, conduct and complete an

26  independent investigation of the case, conduct and complete

27  additional legal research including for potential pre-trial motions,

28

1  review the discovery and potential evidence in the case, and prepare

2  for trial in the event that a pretrial resolution does not occur.

3  Defense counsel represent that failure to grant the continuance would

4  deny them reasonable time necessary for effective preparation, taking

5  into account the exercise of due diligence.

6          b.    Defendants believe that failure to grant the

7  continuance will deny them continuity of counsel and adequate

8  representation.

9          c.    The government does not object to the continuance.

10         d.    The requested continuance is not based on congestion

11 of the Court's calendar, lack of diligent preparation on the part of

12 the attorney for the government or the defense, or failure on the

13 part of the attorney for the Government to obtain available

14 witnesses.

15    8.    For purposes of computing the date under the Speedy Trial

16 Act by which defendants' trial must commence, the parties agree that

17 the time period of January 2, 2024 to October 21, 2025, inclusive,

18 should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

19 (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a

20 continuance granted by the Court at defendants' request, without

21 government objection, on the basis of the Court's finding that:

22 (i) the ends of justice served by the continuance outweigh the best

23 interest of the public and defendant in a speedy trial; (ii) failure

24 to grant the continuance would be likely to make a continuation of

25 the proceeding impossible, or result in a miscarriage of justice; and

26 (iii) failure to grant the continuance would unreasonably deny

27 defendant continuity of counsel and would deny defense counsel the

28

1  reasonable time necessary for effective preparation, taking into

2  account the exercise of due diligence.

3      9.    Nothing in this stipulation shall preclude a finding that

4  other provisions of the Speedy Trial Act dictate that additional time

5  periods be excluded from the period within which trial must commence.

6  Moreover, the same provisions and/or other provisions of the Speedy

7  Trial Act may in the future authorize the exclusion of additional

8  time periods from the period within which trial must commence.

9      IT IS SO STIPULATED.
   Dated: August 5, 2024            Respectfully submitted,

10

11                                  E. MARTIN ESTRADA
                                    United States Attorney

12                                  MACK E. JENKINS
                                    Assistant United States Attorney
13                                  Chief, Criminal Division

14

15          _____/s/_____
                                    JULIE J. SHEMITZ
16                                  Assistant United States Attorney

17                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

18

19

20      I am EDGAR MARTINEZ-REYES's attorney.  I have carefully

21  discussed every part of this stipulation and the continuance of the

22  trial date with my client. I have fully informed my client of his

23  Speedy Trial rights.  To my knowledge, my client understands those

24  rights and agrees to waive them.  I believe that my client's decision

25  to give up the right to be brought to trial earlier than _____

26  is an informed and voluntary one.

27  _____    _____
    ZAIRA VILLAGOMEZ                          Date
28

5

Attorney for Defendant
EDGAR MARTINEZ-REYES

        I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date and give up my right to be
brought to trial earlier than October 21, 2025.  I understand that I
will be ordered to appear in Courtroom 8C of the Federal Courthouse,
350 W. 1st Street, Los Angeles, California on October 21, 2025 at
8:30 a.m.

_____          _____
EDGAR MARTINEZ-REYES                      Date
Defendant

                        **CERTIFICATION OF INTERPRETER**

        I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES
on this date.

_____          _____
INTERPRETER                               Date

6

1    I am SAI ZHANG's attorney. I have carefully discussed every

2    part of this stipulation and the continuance of the trial date with

3    my client. I have fully informed my client of his Speedy Trial

4    rights. To my knowledge, my client understands those rights and

5    agrees to waive them. I believe that my client's decision to give up

6    the right to be brought to trial earlier than October 21, 2025 is an

7    informed and voluntary one.

8

_____      _____
RUEVEN L. COHEN                     Date

9  YOUNGBIN SON
    Attorneys for Defendant

10  SAI ZHANG

11

12

13    This agreement has been read to me in Mandarin, the language I

understand best, and I have carefully discussed every part of it with

14  my attorney. I understand my Speedy Trial rights. I voluntarily

15  agree to the continuance of the trial date and give up my right to be

16  brought to trial earlier than October 21, 2025. I understand that I

17  will be ordered to appear at 350 West 1st Street, Los Angeles, CA,

18  90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

19

20  _____      _____
    SAI ZHANG                        Date
21  Defendant

22                  **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Mandarin languages. I accurately translated this entire

25  agreement from English into Mandarin to defendant SAI ZHANG on this

26  date.

27  _____      _____
    INTERPRETER                      Date

28

I am BERNARDO MAUBERIS's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

_____        _____
ROBERT M. HELFEND                          Date
Attorney for Defendant
BERNARDO MAUBERIS

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____        _____
BERNARDO MAUBERIS                          Date
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant BERNARDO MAUBERIS on this date.

_____        _____
INTERPRETER                                Date

    I am PANYU ZHAO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____        _____
LOUIS J. SHAPIRO                           Date
Attorney for Defendant
PANYU ZHAO

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____        _____
PANYU ZHAO                                 Date
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant PANYU ZHAO on this date.

```
_____          _____
INTERPRETER                               Date
```

I am RAUL CONTRERAS's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

```
_____          _____
CHARLES C. BROWN                          Date
Attorney for Defendant
RAUL CONTRERAS
```

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

```
_____          _____
RAUL CONTRERAS                            Date
Defendant
```

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant RAUL CONTRERAS on this date.

10

_____    _____
INTERPRETER                                    Date

    I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed
every part of this stipulation and the continuance of the trial date
with my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025, is an
informed and voluntary one.

_____    _____
JOHN TARGOWSKI                                 Date
Attorney for Defendant
GUILLERMO ZAMBRANO


    I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

_____    _____
GUILLERMO ZAMBRANO                             Date
Defendant


### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant GUILLERMO ZAMBRANO
on this date.

1

INTERPRETER _____    Date _____

2

3      I am HANG SU's attorney.  I have carefully discussed every part

4  of this stipulation and the continuance of the trial date with my

5  client. I have fully informed my client of his Speedy Trial rights.

6  To my knowledge, my client understands those rights and agrees to

7  waive them.  I believe that my client's decision to give up the right

8  to be brought to trial earlier than October 21, 2025 is an informed

9  and voluntary one.

10  MICHAEL D. WALSH _____    Date _____
   Attorney for Defendant
11  HANG SU

12

13

14      I have read this stipulation and have carefully discussed it

15  with my attorney. I understand my Speedy Trial rights.  I voluntarily

16  agree to the continuance of the trial date, and give up my right to

17  be brought to trial earlier than October 21, 2025.  I understand that

18  I will be ordered to appear in Courtroom 8C of the Federal

19  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

20  2025 at 8:30 a.m.

21  HANG SU _____    Date _____
   Defendant
22

23

24                      **CERTIFICATION OF INTERPRETER**

25      I, _____, am fluent in the written and spoken

26  English and Mandarin languages.  I accurately translated this entire

27  agreement from English into Mandarin to defendant HANG SU on this

28  date.

                                    12

1     I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2    discussed every part of this stipulation and the continuance of the

3    trial date with my client. I have fully informed my client of his

4    Speedy Trial rights.  To my knowledge, my client understands those

5    rights and agrees to waive them.  I believe that my client's decision

6    to give up the right to be brought to trial earlier than October 21,

7    2025 is an informed and voluntary one.

8    _____    _____

     MATTHEW J. LOMBARD             Date

9    Attorney for Defendant

     OSCAR EDUARDO MAYORGA

10

11

12     I have read this stipulation and have carefully discussed it

13    with my attorney. I understand my Speedy Trial rights.  I voluntarily

14    agree to the continuance of the trial date, and give up my right to

15    be brought to trial earlier than October 21, 2025.  I understand that

16    I will be ordered to appear in Courtroom 8C of the Federal

17    Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18    2025 at 8:30 a.m.

19    _____    _____

     OSCAR EDUARDO MAYORGA         Date

20    Defendant

21

22                      **CERTIFICATION OF INTERPRETER**

23     I, _____, am fluent in the written and spoken

24    English and Spanish languages. I accurately translated this entire

25    agreement from English into Spanish to defendant OSCAR EDUARDO

26    MAYORGA on this date.

27    _____    _____

     INTERPRETER                Date

28

1     I, _____, am fluent in the written and spoken

2 English and Mandarin languages.  I accurately translated this entire

3 agreement from English into Mandarin to defendant SHOU YANG on this

4 date.

5

  INTERPRETER                              Date

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

agreement from English into Mandarin to defendant XUANYI MU on this date.

_____          _____
INTERPRETER                                          Date


I am SHOU YANG's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____          _____
SHOU YANG                                            Date
Attorney for Defendant
ROBERT C. HSU


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____          _____
SHOU YANG                                            Date
Defendant


## CERTIFICATION OF INTERPRETER

INTERPRETER                              Date
_____          _____


    I am XUANYI MU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

DONALD J. MATSON                          Date
_____          _____
Attorney for Defendant
XUANYI MU


    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

XUANYI MU                                 Date
_____          _____
Defendant


## CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire

15

INTERPRETER                                    Date

I am XIAOLEI YE's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

EDWARD M. ROBINSON                             Date
BRIAN ARTHUR ROBINSON
Attorneys for Defendant
XIAOLEI YE

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

XIAOLEI YE                                     Date
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant XIAOLEI YE on this date.

14

INTERPRETER _____     Date _____

    I am JIAYONG YU's attorney.  I have carefully discussed every
part of this stipulation and the continuance of the trial date with
my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025 is an
informed and voluntary one.

JONATHON PERLISS _____     Date _____
Attorney for Defendant
JIAYONG YU


    This agreement has been read to me in Mandarin, the language I
understand best, and I have carefully discussed every part of it with
my attorney.  I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date and give up my right to be
brought to trial earlier than October 21, 2025.  I understand that I
will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

JIAYONG YU _____     Date _____
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken
English and Mandarin languages.  I accurately translated this entire
agreement from English into Mandarin to defendant JIAYONG YU on this
date.

13

1    I am VICTOR RODRIGUEZ-TRUJILLO's attorney. I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client. I have fully informed my client of his

4  Speedy Trial rights. To my knowledge, my client understands those

5  rights and agrees to waive them. I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8

EDVIN S. FLORES               Date
9  Attorney for Defendant
   VICTOR RODRIGUEZ-TRUJILLO
10

11

12    I have read this stipulation and have carefully discussed it

with my attorney. I understand my Speedy Trial rights. I voluntarily
13
agree to the continuance of the trial date, and give up my right to
14
be brought to trial earlier than October 21, 2025. I understand that
15
I will be ordered to appear in Courtroom 8C of the Federal
16
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
2025 at 8:30 a.m.
18

19  VICTOR RODRIGUEZ-TRUJILLO        Date
   Defendant
20

21

22             **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

English and Spanish languages. I accurately translated this entire
24
agreement from English into Spanish to defendant VICTOR RODRIGUEZ-
25
TRUJILLO on this date.
26

27  INTERPRETER                Date

28

1   I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed

2   every part of this stipulation and the continuance of the trial date

3   with my client. I have fully informed my client of his Speedy Trial

4   rights.  To my knowledge, my client understands those rights and

5   agrees to waive them.  I believe that my client's decision to give up

6   the right to be brought to trial earlier than October 21, 2025 is an

7   informed and voluntary one.

8   _____        _____
    ROBERT BERNSTEIN                           Date
9   Attorney for Defendant
    VIDAL LICON-ROBLES
10

11

12      I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____        _____
    VIDAL LICON-ROBLES                         Date
20  Defendant

21

22                        **CERTIFICATION OF INTERPRETER**

23      I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant VIDAL LICON-ROBLES

26  on this date.

27  _____        _____
    INTERPRETER                                Date
28

1    I am LEOPOLDO BERNAL's attorney. I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8  _____        _____
   ANTHONY M. SOLIS                   Date
9  Attorney for Defendant
   LEOPOLDO BERNAL
10

11
       I have read this stipulation and have carefully discussed it
12
   with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
   agree to the continuance of the trial date, and give up my right to
14
   be brought to trial earlier than October 21, 2025.  I understand that
15
   I will be ordered to appear in Courtroom 8C of the Federal
16
   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
   2025 at 8:30 a.m.
18

19  _____        _____
   LEOPOLDO BERNAL                    Date
20  Defendant

21
                    **CERTIFICATION OF INTERPRETER**
22
       I, _____, am fluent in the written and spoken
23
   English and Spanish languages.  I accurately translated this entire
24
   agreement from English into Spanish to defendant LEOPOLDO BERNAL on
25
   this date.
26

27  _____        _____
   INTERPRETER                        Date
28
                                   21

1    I am JULIO ALEXANDER CABRERA's attorney.  I have carefully

2    discussed every part of this stipulation and the continuance of the

3    trial date with my client. I have fully informed my client of his

4    Speedy Trial rights.  To my knowledge, my client understands those

5    rights and agrees to waive them.  I believe that my client's decision

6    to give up the right to be brought to trial earlier than October 21,

7    2025 is an informed and voluntary one.

8    _____    _____
     PETER JOHNSON                          Date
9    Attorney for Defendant
     JULIO ALEXANDER CABRERA
10

11
         I have read this stipulation and have carefully discussed it
12
     with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
     agree to the continuance of the trial date, and give up my right to
14
     be brought to trial earlier than October 21, 2025.  I understand that
15
     I will be ordered to appear in Courtroom 8C of the Federal
16
     Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
     2025 at 8:30 a.m.
18

19   _____    _____
     JULIO ALEXANDER CABRERA                Date
20   Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23       I, _____, am fluent in the written and spoken

24   English and Spanish languages.  I accurately translated this entire

25   agreement from English into Spanish to defendant JULIO ALEXANDER

26   CABRERA on this date.

27   _____    _____
     INTERPRETER                            Date
28

                                    22

I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____          _____
MICHAEL S. CHERNIS                        Date
Attorney for Defendant
JOSE ANTONIO PARDO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____          _____
JOSE ANTONIO PARDO                        Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant JOSE ANTONIO PARDO on this date.

_____          _____
INTERPRETER                               Date

1

2   I am JIANDE ZHOU's attorney.  I have carefully discussed every

3 part of this stipulation and the continuance of the trial date with

4 my client. I have fully informed my client of his Speedy Trial

5 rights.  To my knowledge, my client understands those rights and

6 agrees to waive them.  I believe that my client's decision to give up

7 the right to be brought to trial earlier than October 21, 2025 is an

8 informed and voluntary one.

9 _____   8/9/24

 JIANDE ZHOU       Date

10 Attorney for Defendant

 KEVIN D. GRES

11

12

13   I have read this stipulation and have carefully discussed it

14 with my attorney. I understand my Speedy Trial rights.  I voluntarily

15 agree to the continuance of the trial date, and give up my right to

16 be brought to trial earlier than October 21, 2025.  I understand that

17 I will be ordered to appear in Courtroom 8C of the Federal

18 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19 2025 at 8:30 a.m.

20 _____   8/9/2024

 JIANDE ZHOU       Date

21 Defendant

22

23       **CERTIFICATION OF INTERPRETER**

24   I, Yanyan Liu, am fluent in the written and spoken

25 English and Mandarin languages.  I accurately translated this entire

26 agreement from English into Mandarin to defendant JIANDE ZHOUon this

27 date.

28

_____      08/09/2024
INTERPRETER                        Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

25