1  I am SAI ZHANG's attorney.  I have carefully discussed every
2  part of this stipulation and the continuance of the trial date with
3  my client. I have fully informed my client of his Speedy Trial
4  rights.  To my knowledge, my client understands those rights and
5  agrees to waive them.  I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8

_____        8/7/2024
9  RUEVEN L. COHEN                          _____
   YOUNGBIN SON                             Date
10 Attorneys for Defendant
   SAI ZHANG
11

12
   This agreement has been read to me in Mandarin, the language I
13
   understand best, and I have carefully discussed every part of it with
14
   my attorney.  I understand my Speedy Trial rights.  I voluntarily
15
   agree to the continuance of the trial date and give up my right to be
16
   brought to trial earlier than October 21, 2025.  I understand that I
17
   will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18
   90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19

20 _____        8/7/2024
   SAI ZHANG                                _____
21 Defendant                                Date

22                    **CERTIFICATION OF INTERPRETER**

   I, ____Yanyan Liu_____, am fluent in the written and spoken
23
   English and Mandarin languages.  I accurately translated this entire
24
   agreement from English into Mandarin to defendant SAI ZHANG on this
25
   date.
26

27 _____        08/07/2024
   INTERPRETER                              _____
28                                          Date

7