_____    _____
INTERPRETER                          Date


I am XUANYI MU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____    8/8/2024
DONALD J. MATSON                    Date
Attorney for Defendant
XUANYI MU


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____    08/08/2024
XUANYI MU                           Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _Ivan Lam_, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire

15

agreement from English into Mandarin to defendant XUANYI MU on this date.

_____    Date _8/8/2024_
INTERPRETER

    I am SHOU YANG's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____    Date _____
SHOU YANG
Attorney for Defendant
ROBERT C. HSU

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____    Date _____
SHOU YANG
Defendant

<u>CERTIFICATION OF INTERPRETER</u>