JEREMY K. BEECHER (Cal. Bar No. 301272)
Assistant United States Attorney
Transnational Organized Crime Section
312 N. Spring St., Ste 1400, Los Angeles, CA 90012
Email: Jeremy.Beecher@usdoj.gov  Tel: (213) 894-5429

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br><div align="right">PLAINTIFF(S)</div><br>v.<br><br>EDGAR JOEL MARTINEZ-REYES, ET AL.<br><br><div align="right">DEFENDANT(S).</div> | CASE NUMBER:<br><br>Case No. 2:23-cr-00524-DMG<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Criminal Document; [Proposed] Order; Government's Ex Parte Application For Order Sealing Documents; Declaration of Jeremy K. Beecher and [Proposed] Order Sealing Documents.

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

December 12, 2025
_____
Date

/s/ Jeremy K. Beecher
_____
Attorney Name

United States of America
_____
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*